

Marva Reagan
4035 Gail Lee Terrace
Snellville GA 30039

2/10/2010

Hon, Marian W. Payson
United State District Court
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614



RE: Reagan v. Jennifer Matthew Nursing & Rehabilitation Center, et al.
Case No.:6:07-CV-6150

Your Honor, I Marva Y Reagan, Plaintiff, would like to file a Motion of Default Order against Defendant refusal to be present in court on 02/04/2010.

Sincerely,

Marva Reagan

Marva Y. Reagan